BRETT A. SHUMATE
Assistant Attorney General, Civil Division
JONATHAN K. ROSS
Senior Litigation Counsel
JAMES A. HURLEY
Trial Attorney
Office of Immigration Litigation
Civil Division
U.S. Department of Justice
P.O. Box 878, Ben Franklin Station
Washington, DC 20044
Phone: (202) 305-1889
Email: James.Hurley@usdoj.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YUNLING LIANG, ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> ALEJANDRO MAYORKAS, ET AL., <br><br> Defendants. | No. 2:25-cv-04327-HDV-JC <br><br> **NOTICE OF LAPSE IN APPROPRIATIONS** <br><br> Honorable Hernan D. Vera <br> United States District Judge |

**NOTICE OF LAPSE IN APPROPRIATIONS**

Defendants acknowledge the Court's order requiring a Status Report to be filed by October 7, 2025. ECF 14. Defendants respectfully notify the Court of the following:

At the end of the day on September 30, 2025, the appropriations act funding the Department of Justice ("Department") expired and those appropriations to the Department lapsed. The Department does not know when such funding will be restored by Congress.

Absent an appropriation, Department of Justice attorneys and employees of the federal defendants are prohibited from working, even on a voluntary basis, except in very limited circumstances, including "emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342.

Accordingly, Defendants suggest that this case be held in abeyance until Congress restores appropriations to the Department.

Upon restoration of appropriations, undersigned counsel will promptly notify the Court and request that all current deadlines for the parties be extended commensurate with the duration of the lapse in appropriations.

Defendants regret any disruption caused to the Court and the parties by this lapse in funding.

Respectfully submitted,

*/s/ James A. Hurley*
JAMES A. HURLEY
Trial Attorney
Office of Immigration Litigation
Civil Division
U.S. Department of Justice
P.O. Box 878, Ben Franklin Station
Washington, DC 20044
Phone: (202) 305-1889
Email: James.Hurley@usdoj.gov

*Counsel for Defendants*